DISTRICT OF OREGON
**F I L E D**
April 11, 2013
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Toban Kyle Naught,<br><br>Debtor. | Case No. 12-37019-rld7<br><br>ORDER APPROVING WAIVER OF DISCHARGE |

Based on Toban Kyle Naught's Waiver of Discharge, now, therefore,

IT IS HEREBY ORDERED that Toban Kyle Naught's Waiver of Discharge is approved pursuant to 11 U.S.C. § 727(a)(10).

IT IS FURTHER ORDERED that the Waiver of Discharge and this order do not determine whether or not any person or entity has valid claims against Toban Kyle Naught pursuant to applicable non-bankruptcy law.

### 

I hereby certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Presented by:
GAIL BREHM GEIGER
Acting U.S. Trustee for Region 18

 /s/ Carla G. McClurg
Carla G. McClurg, CSB# 227738
Trial Attorney
Office of the United States Trustee
620 SW Main St., Rm. 213
Portland, OR 97205
Telephone: (503) 326-7659

Copies to:

Toban Kyle Naught
9032 SE Hinkley Ave
Happy Valley, OR 97086

All creditors and parties in interest